IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-10330
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTINA DE LA TORRE,
also known as Marta,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-158-8-P
- - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Martina De La Torre appeals from her judgment of conviction for conspiracy to distribute marijuana. She argues that the district court's failure to inquire at the sentencing hearing into the voluntariness of her guilty plea rendered her guilty plea involuntary. We have reviewed the record and find no reversible error. See United States v. Taylor, 984 F.2d 618, 619 (4th Cir. 1993). Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.